# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Terry Ray Longie, | ) | Case No. 2:99-cr-024 |
| | ) | |
| Defendant. | ) | |

On July 19, 2007, the Defendant made his initial appearance on a petition for revocation of supervised release. AUSA David Peterson appeared on the Government's behalf and filed a Motion for Detention. Assistant Federal Public Defender William Schmidt was appointed as defense counsel and appeared on the Defendant's behalf.

At the close of the hearing, the Defendant advised the court that waived his right to a detention hearing and preliminary hearing and consented to detention pending final disposition of this matter.

The court finds that the Defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a detention hearing and a preliminary hearing and consented to be detained pending final disposition of this matter. Further, based upon the Defendant's waiver of a preliminary hearing, the court finds that there is probable cause to believe that the Defendant may have committed the offense alleged in the petition. Accordingly, the court **ORDERS** that the Defendant be bound over to the United States District Court to answer to the charges set forth in the petition.

The court **GRANTS** the Government's Motion for Detention and **FURTHER ORDERS** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 19th day of July, 2007.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge